In the Matter of the Judicial Settlement of the Account of Proceedings of CHESTER MAYER, as Executor, etc., of OSCAR SHULMAN, Deceased.— Preference

granted for April 5, 1927.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York ex rel. Shelton Holding Corporation v. Henry M. Goldfogle and Others, as Commissioners of Taxes and Assessments, etc.— Preference granted for April 5, 1927.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.